**Trevor TYSINGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103489**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: April 26, 2016

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

*ORDER*

PER CURIAM.

Trevor Tysinger appeals from the motion court's denial of his motion for post-conviction relief pursuant to Rule 24.035[1] without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err in denying Movant's motion without an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties

ed.

for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).